

NUMBER 13-20-00318-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RAYMOND TRENT PETEREK,                                    Appellant,

v.

STANLEY OEHLKE,                                          Appellee.

On appeal from the 135th District Court
of Goliad County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Tijerina**
**Memorandum Opinion by Justice Tijerina**

Appellant, Raymond Trent Peterek, attempted to perfect an appeal from a judgment entered by the 135th Judicial District of Goliad County, Texas, in cause number 18-02-0644-CV, on January 9, 2020. The notice of appeal was filed in this matter on July 20, 2020, nearly six months after the judgment.

A court of appeals may only entertain a motion to extend the deadline to timely file a notice of appeal within a 15-day grace period. *See* Tex. R. App. P. 26.3. The times for filing a notice of appeal are jurisdictional, and absent a timely filed notice of appeal or an extension request, we must dismiss the appeal. *See* Tex. R. App. P. 2, 25.1(b), 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (holding that once extension period has passed, a party can no longer invoke an appellate court's jurisdiction).

Accordingly, the motion for leave to file notice of appeal is hereby DENIED. Furthermore, the Court, having examined and fully considered the documents on file and appellant's failure to timely perfect his appeal and failure to timely file a motion for extension, is of the opinion the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* Tex. R. App. P. 42.3(a).

JAIME TIJERINA
Justice

Delivered and filed the
19th day of November, 2020.